UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )<br>)<br>JEFFERY FURLONG                 ) | Criminal No. 1:25-cr- |

INFORMATION

The Acting United States Attorney charges:

COUNT ONE
(Access with Intent to View Child Pornography)

From a date unknown but no earlier than May 19, 2024, until a date unknown but no later than October 29, 2024, in the District of Maine, defendant

**JEFFERY FURLONG**

knowingly accessed with intent to view (1) an Apple iPhone 13 with IMEI 352408230076407 and (2) an Apple iPad with serial number GCTVRZ88HLFD, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), involving a prepubescent minor or a minor who had not attained the age of 12, such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(8)(A) and 2252A(b)(2).

## **NOTICE OF FORFEITURE**

Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, (1) any visual depiction or other matter containing such visual depiction or image of child pornography that was possessed as alleged in Count One of this Information and (2) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense alleged in Count One of this Information, including but not limited to:

(1) an Apple iPhone 13 with IMEI 352408230076407, and

(2) an Apple iPad with serial number GCTVRZ88HLFD.

**CRAIG M. WOLFF**
Acting United States Attorney

Date:  August 25, 2025

**BY:  /s/ ANDREW MCCORMACK**
ANDREW MCCORMACK
Assistant United States Attorney